IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE:<br><br>KENNETH JOSEPH SENTIFF<br>KERRY ELAINE SENTIFF<br>       DEBTORS<br><br>CHRYSLER FINANCIAL SERVICES AMERICAS LLC<br>       PLAINTIFF<br>V.<br><br>KENNETH JOSEPH SENTIFF<br>KERRY ELAINE SENTIFF<br><br>AND<br><br>TOM C. SMITH, JR., TRUSTEE | CASE NO. 09-74124-FJS<br><br>CHAPTER 7 |

## CONSENT ORDER GRANTING RELIEF

    This cause came on this day to be heard upon Plaintiff's motion for relief from stay to proceed against the following described collateral securing its loan to Debtor(s): 2006 Jeep Commander, VIN 1J8HG48N46C104738 and

    **UPON CONSIDERATION WHEREOF,** it appearing that the parties hereto consent to the entry of this Order, it is

    **ADJUDGED and ORDERED** that Plaintiff be granted relief from the automatic stay as to the above-described vehicle in accordance with 11 U.S.C. § 362 so that it may proceed in accordance with any and all state and/or federal law remedies not inconsistent with Title 11 of the United States Code. It is further ordered that the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are hereby waived.

                                                    Enter,

                                                    _____
                                                        Judge

Sara A. John, Esq. (48425)
605 Lynnhaven Parkway, Suite 100
Virginia Beach, Virginia 23452
(757) 498-9600
Counsel for Plaintiff

I ask for this:

/s/ Sara John
Sara A. John, Esq.
605 Lynnhaven Parkway, Suite 100
Virginia Beach, Virginia 23452
(757) 498-9600
Counsel for Plaintiff

Seen and agreed:


/s/ Timothy V. Anderson
Timothy V. Anderson
2492 North Landing Road, Suite 104
Virginia Beach, VA 23456
Counsel for Debtor(s)

Seen:


/s/ Tom C. Smith, Jr.
Tom C. Smith, Jr., Trustee
P.O. Box 1506
Virginia Beach, VA  23451
Trustee

## CERTIFICATE OF ENDORSEMENT

The undersigned does certify that all necessary parties have endorsed the foregoing Order.

/s/ Sara John
Sara A. John, Esq.


Sara A. John, Esq. (48425)
605 Lynnhaven Parkway, Suite 100
Virginia Beach, Virginia 23452
(757) 498-9600
Counsel for Plaintiff

**PARTIES TO RECEIVE COPIES**

Sara A. John
605 Lynnhaven Parkway, Suite 100
Virginia Beach, VA 23452

Timothy V. Anderson
2492 North Landing Road, Suite 104
Virginia Beach, VA 23456

Tom C. Smith, Jr., Trustee
P.O. Box 1506
Virginia Beach, VA  23451

Kenneth Joseph Sentiff
Kerry Elaine Sentiff
2501 Piney Bark Drive
Virginia Beach, VA  23456



Sara A. John, Esq. (48425)
605 Lynnhaven Parkway, Suite 100
Virginia Beach, Virginia 23452
(757) 498-9600
Counsel for Plaintiff