# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

In re:

**KENNETH JOSEPH SENTIFF**
**KERRY ELAINE SENTIFF,**

      **Debtors.**

**U.S. BANK, N.A.,**
      **Plaintiff/Movant.**
**vs.**

**KENNETH JOSEPH SENTIFF**
**KERRY ELAINE SENTIFF**
**TOM C. SMITH, JR., ESQUIRE, TRUSTEE,**

      **Defendants.**

          **CHAPTER 7**

          **CASE NO. 09-74124-FJS**

## ORDER GRANTING RELIEF

Upon the Motion for Relief of the Plaintiff, U.S. Bank, N.A., and with all parties or their counsel having endorsed this Order and agreeing to its entry;

It appears that the Debtors are the owners of certain real property hereinafter described upon which Plaintiff holds a Note secured by a valid Deed of Trust; that the Plaintiff is entitled to maintain its lien against said property and to pursue such remedies as it may have in its Deed of Trust whereby it obtained such lien; and it is

D. Carol Sasser, Esquire
Counsel for Plaintiff
Samuel I. White, P.C.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462
State Bar #28422
(757) 490-9284

**ORDERED** that the automatic stay of 11 U.S.C., Section 362 be, and it is hereby, modified to allow the Plaintiff to enforce the lien of its Deed of Trust set out in its Motion pertaining to the property located at *2501 Piney Bark Drive, Virginia Beach, VA 23456*, and described as follows:

> ALL THAT certain lot, piece or parcel of land, with the buildings and improvements thereon, situate, lying and being in the City of Virginia Beach, Virginia, being known, numbered and designated as Lot 117, as shown on that certain plat entitled, "Subdivision of Hunt Club Forest, Section Six, Princess Anne Borough, Virginia Beach, Virginia", which said plat is duly recorded in the Clerk's Office of the Circuit Court of the City of Virginia Beach, Virginia, In Deed Book 2466 at page 111.

It is further **ORDERED** that the fourteen (14) day stay is hereby waived and the terms of this Order are immediately enforceable.

DATED:

_____
JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

_____

92-032388-09

I ask for this:

## /s/ D. Carol Sasser
_____

Samuel I. White, P. C.
D. Carol Sasser, Esquire, VSBN 28422
Robert A. Jones, Esquire, VSBN 71123
Counsel for U.S. Bank, N.A.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462

Seen and Agreed:

## /s/ Timothy V. Anderson
_____

Timothy V. Anderson, Esquire
Counsel for Debtors
2492 North Landing Road
Suite 104
Virginia Beach, VA 23456

Seen:
## /s/ Tom C. Smith, Jr.
_____

Tom C. Smith, Jr., Esquire
Chapter 7 Trustee
Post Office Box 1506
Virginia Beach, VA 23451-9506

CERTIFICATE

I certify that this proposed Order has been endorsed by all parties involved in this proceeding.

## /s/ D. Carol Sasser
_____

Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Tom C. Smith, Jr., Esquire
Chapter 7 Trustee
Post Office Box 1506
Virginia Beach, VA 23451-9506

Timothy V. Anderson, Esquire
Counsel for Debtors
2492 North Landing Road
Suite 104
Virginia Beach, VA 23456

Kenneth Joseph Sentiff and Kerry Elaine Sentiff
Debtors
2501 Piney Bark Drive
Virginia Beach, VA 23456

D. Carol Sasser, Esquire
Robert A. Jones, Esquire
Counsel for U.S. Bank, N.A.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462